Appeal of Willett

APPEAL OF DONALD BRENT WILLETT FROM THE DECISION OF THE REFUND
COMMITTEE OF THE UNIVERSITY OF NORTH CAROLINA AT GREENSBORO TO CLAIM HIS
NORTH CAROLINA INCOME TAX REFUND UNDER THE SET-OFF DEBT COLLECTION
ACT

No. 249PA82

(Filed 5 October 1982)

ON 12 May 1982 we granted appellant's petition for discretionary review under G.S. 7A-31 (1981) to review the decision of the Court of Appeals, 56 N.C. App. 584, 289 S.E. 2d 576 (1982), that affirmed the order of *Judge Darius B. Herring, Jr.*, entered at the 27 May 1981 Session of Superior Court, DURHAM County.

The main question presented in this appeal is whether the University of North Carolina must provide a hearing in conformance with the Administrative Procedure Act, G.S. 150A-23 to -37 (1978), when it seeks to setoff a student's debt against the student's state income tax refund under the Setoff Debt Collection Act, G.S. 105A-1 to -16 (1979).

*Attorney General Rufus L. Edmisten, by Associate Attorney David E. Broome, Jr., for the State.*

*Michael W. Willis, for the petitioner-appellee.*

PER CURIAM.

The facts in this case are set out at length in the Court of Appeals' opinion reported at 56 N.C. App. 584, 289 S.E. 2d 576 (1982). After reviewing the record and briefs and hearing oral arguments on the question presented, we conclude that the petition for further review was improvidently granted. The order granting discretionary review is vacated. The decision of the Court of Appeals affirming the actions of the trial court remains undisturbed and in full force and effect.

Discretionary review improvidently granted.